UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RAYNA SHINN, | Case No.: **CV 09 02572 JAM KJM** |
| Plaintiff | |
| v. | **ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| ACCOUNT SOLUTIONS GROUP aka FIRST SOURCE ADVANTAGE, LLC | |
| Defendant. | **[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE]** |

The Court has reviewed the Stipulation of Plaintiff RAYNA SHINN and Defendant ACCOUNT SOLUTIONS GROUP aka FIRST SOURCE ADVANTAGE, LLC ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

06066.00:160092

[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL, etc.
CASE NO. **CV 09 02572 JAM KJM**

1

1.   That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

## IT IS SO ORDERED

DATED: 12/16/2009          /s/ John A. Mendez
                           UNITED STATES DISTRICT JUDGE

06066.00:160092

[PROPOSED] ORDER RE:
STIPULATION RE DISMISSAL, etc.
CASE NO. **CV 09 02572 JAM KJM**

2