UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNA SHINN,<br><br>        Plaintiff,<br><br>   v.<br><br>ACCOUNT SOLUTIONS GROUP, aka FIRST SOURCE ADVANTAGE, LLC,<br><br>        Defendant. | Case No. 2:09-CV-02572 JAM-KJM<br><br>**RELATED CASE ORDER** |
| RAYNA SHINN,<br><br>        Plaintiff,<br><br>   v.<br><br>PROTOCOL RECOVERY SERVICES, INC.,<br><br>        Defendant. | Case No. 2:09-CV-02699 JAM-EFB |
| RAYNA SHINN,<br><br>        Plaintiff,<br><br>   v.<br><br>ASSET MANAGEMENT OUTSOURCING d/b/a AMO RECOVERIES,<br><br>        Defendant. | Case No. 2:09-CV-02581 LKK-EFB |
| RAYNA SHINN,<br><br>        Plaintiff,<br>   v.<br><br>ALLIANCE ONE, INC.,<br><br>        Defendant. | Case No. 2:09-CV-03029 JAM-GGH |

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  ┌─────────────────────────────────┐
    │RAYNA SHINN,                     )
 2  │                                 )
    │             Plaintiff,          )
 3  │                                 )     Case No. 2:09-CV-02585 FCD-EFB
    │     v.                          )
 4  │                                 )
    │HUNT & HENRIQUES,                )
 5  │                                 )
    │             Defendant.          )
 6  │                                 )
    ├─────────────────────────────────┤
 7  │RAYNA SHINN,                     )
    │                                 )
 8  │             Plaintiff,          )
    │                                 )     Case No. 2:09-CV-02847 WBS-DAD
 9  │     v.                          )
    │                                 )
10  │ER SOLUTIONS, INC.,              )
    │                                 )
11  │             Defendant.          )
    └─────────────────────────────────┘
```

12      Examination of the above-entitled actions reveals that these
13 actions are related within the meaning of Local Rule 83-123 (E.D.
14 Cal. 2005). Accordingly, the assignment of the matters to the same
15 judge and magistrate judge is likely to affect a substantial
16 savings of judicial effort and is also likely to be convenient for
17 the parties.

18      The parties should be aware that relating the cases under
19 Local Rule 83-123 merely has the result that these actions are
20 assigned to the same judge and magistrate judge; no consolidation
21 of the actions is effected.  Under the regular practice of this
22 court, related cases are generally assigned to the judge and
23 magistrate judge to whom the first filed action was assigned.

24      IT IS THEREFORE ORDERED that the actions denominated 2:09-CV-
25 02581-LKK-EFB, 2:09-CV-02585-FCD-EFB, and 2:09-CV-02847 WBS-DAD be
26 reassigned to Judge John A. Mendez and Magistrate Judge Kimberly J.
27 Mueller for all further proceedings, and any dates currently set in
28 this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the

2

PDF created with pdfFactory trial version www.pdffactory.com

caption on documents filed in the reassigned cases shall be shown as 2:09-CV-02581 JAM-KJM, 2:09-CV-02585 JAM-KJM, and 2:09-CV-02847 JAM-KJM.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated:  January 6, 2010.          /s/ John A. Mendez
                                  JOHN A. MENDEZ
                                  United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com